UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE COOPER,<br>　　　　　Plaintiff,<br>　　v.<br>LETICIA FRANCE, et al.,<br>　　　　　Defendants. | Case No. 19-cv-04404-EMC<br><br>**ORDER TO SHOW CAUSE** |

Service of Defendants has not been perfected in this case. The further case management conference, currently scheduled for October 22, 2020, is vacated. THE COURT hereby issues an ORDER TO SHOW CAUSE as to why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff is instructed to respond to this order to show cause before **November 5, 2020**. If plaintiff fails to respond, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 19, 2020

_____
EDWARD M. CHEN
United States District Judge